UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS HATHAWAY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MWI VETERINARY SUPPLY CO., a foreign profit corporation doing business as MWI ANIMAL HEALTH and MICRO TECHNOLOGIES; CENCORA GLOBAL PROCUREMENT LIMITED, a foreign profit corporation AMERISOURCEBERGEN DRUG CORPORATION, a foreign profit corporation doing business as AMERISOURCEBERGEN and HOSPICE PHARMACY CONNECT; and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26-cv-02894-JHC

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR:
August 18, 2026

Plaintiff Travis Hathaway, together with Defendants MWI Veterinary Supply Co., Cencora Global Procurement Limited, and AmerisourceBergen Drug Corporation ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE to request that the Court approve an extension of Defendants' deadline to answer or otherwise respond to the Complaint by two weeks, from August 20, 2026, to September 3, 2026.

The parties are currently in discussions to determine whether they can resolve any aspects of anticipated early motions practice, including Plaintiff's contemplated motion to remand. The requested extension will facilitate those discussions. This extension will not affect any other deadlines in this case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection. The parties further stipulate and agree to enter into a briefing schedule for any motion to remand or responsive pleading that requires a response.

IT IS SO STIPULATED.

DATED: August 18, 2026.

**EMERY | REDDY, PC**

By: *s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED. The deadline for Defendants to answer or otherwise respond to the Complaint is extended from August 20, 2026, to September 3, 2026.

DATED: August 19, 2026.

John H. Chun
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE