UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS HATHAWAY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MWI VETERINARY SUPPLY CO., a foreign profit corporation doing business as MWI ANIMAL HEALTH and MICRO TECHNOLOGIES; CENCORA GLOBAL PROCUREMENT LIMITED, a foreign profit corporation AMERISOURCEBERGEN DRUG CORPORATION, a foreign profit corporation doing business as AMERISOURCEBERGEN and HOSPICE PHARMACY CONNECT; and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26-cv-02894-JHC

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR:
October 6, 2026

Plaintiff Travis Hathaway, together with Defendants MWI Veterinary Supply Co., Cencora Global Procurement Limited, and AmerisourceBergen Drug Corporation ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE, and hereby jointly request that the Court approve an extension of Defendants' deadline to answer or otherwise respond to the First Amended Class Action Complaint by three weeks, from October 8, 2026, to October 29, 2026.

The Parties further stipulate and agree to the following briefing schedule in the event that any Defendant files a Motion to Dismiss:

| EVENT | DEADLINE |
|---|---|
| Defendants' Motion to Dismiss | October 29, 2026 |
| Plaintiff Response to the Motion to Dismiss | November 30, 2026 |
| Defendants' Reply in support of the Motion to Dismiss | December 14, 2026 |

The Parties have conferred and agreed that the requested extension and briefing schedule will allow sufficient time for the Parties to prepare their respective submissions and will facilitate the orderly presentation of the issues to the Court.

This stipulated motion is made for good cause and not for purposes of delay.

The requested extension and briefing schedule will not affect any other deadlines in this case.

IT IS SO STIPULATED.

//

//

//

//

//

//

//

//

DATED: October 6, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Damon Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED. The deadline for Defendants to answer or otherwise respond to the First Amended Class Action Complaint is extended from October 8, 2026, to October 29, 2026. The deadline for Plaintiff to file an opposition to any motion to dismiss filed by Defendants is November 30, 2026, and the deadline for Defendants to file a reply in support of any such motion is December 14, 2026.

DATED: October 6, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE