UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TRAVIS HATHAWAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MWI VETERINARY SUPPLY CO, et al.,

Defendants.

CASE NO. 2:26-cv-02894-JHC

**ORDER TO SHOW CAUSE**

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction. Each side's brief may not exceed 2,100 words and is due on or before Tuesday, October 20, 2026.

\\

\\

\\

DATED this 6th day of October, 2026.

John H. Chun
United States District Judge