UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS HATHAWAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MWI VETERINARY SUPPLY CO., a foreign profit corporation doing business as MWI ANIMAL HEALTH and MICRO TECHNOLOGIES; CENCORA GLOBAL PROCUREMENT LIMITED, a foreign profit corporation AMERISOURCEBERGEN DRUG CORPORATION, a foreign profit corporation doing business as AMERISOURCEBERGEN and HOSPICE PHARMACY CONNECT; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:26-cv-02894-JHC<br><br>**STIPULATION AND ORDER TO STAY DEADLINES PENDING RESOLUTION OF THE ORDER TO SHOW CAUSE**<br><br>NOTE ON MOTION CALENDAR:<br>October 26, 2026 |

Plaintiff Travis Hathaway, together with Defendants MWI Veterinary Supply Co., Cencora Global Procurement Limited, and AmerisourceBergen Drug Corporation ("Defendants") (collectively, the "Parties"), STIPULATE AND AGREE, and hereby jointly request that the Court stay this matter, including Defendants' deadline to answer or otherwise respond to the First Amended Class Action Complaint, until after the Court resolves its October 6, 2026 Order to Show

Cause (Dkt. 16). In support thereof, the Parties hereby state as follows:

1. Defendants' current deadline to answer or otherwise respond to the First Amended Class Action Complaint is October 29, 2026. Dkt. 15.

2. On October 6, 2026, the Court issued an Order to Show Cause directing the Parties to address why this action should not be remanded for lack of subject matter jurisdiction. Dkt. 16. The Court ordered the Parties to submit responses by October 20, 2026, addressing whether Plaintiff has Article III standing and whether the action should be remanded. *Id.*

3. To conserve the resources of the Parties and the Court, the Parties agree that the threshold jurisdictional issues raised in the Order to Show Cause should be resolved before the litigation proceeds, including before Defendants are required to prepare and file a responsive pleading or motion to dismiss. Accordingly, the Parties jointly request that the Court stay this action and suspend all pending deadlines, other than those established by the Order to Show Cause, until the Court resolves the jurisdictional issues raised in that Order. This request is made in good faith and not for purposes of delay.

4. The Parties further stipulate and agree that, if the Court retains jurisdiction and does not remand this action, Defendants' deadline to answer or otherwise respond to the First Amended Class Action Complaint shall be extended to 28 days after entry of the Court's order resolving the Order to Show Cause.

IT IS SO STIPULATED.

//

//

//

//

//

//

//

DATED: October 26, 2026

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com
hannah@emeryreddy.com

*Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Damon Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED. All pending deadlines are hereby STAYED pending resolution of this Court's subject matter jurisdiction in its October 6, 2026 Order to Show Cause (Dkt. # 16). If the Court retains jurisdiction of this case, Defendants' deadline to answer or otherwise respond to the First Amended Class Action Complaint will be 28 days after entry of the Court's order resolving the Order to Show Cause.

DATED: October 26, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE